# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELECTRIC GENERATORS FOR SENSIBLE CCR REGULATION, <br><br> *Petitioner*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, U.S. Environmental Protection Agency, <br><br> *Respondents*. | Case No.: 24-1276 |

## PETITION FOR REVIEW

Pursuant to Section 7006(a)(1) of the Solid Waste Disposal Act of 1970, as amended by the Resource Conservation and Recovery Act of 1976, 42 U.S.C. § 6976(a)(1), Federal Rule of Appellate Procedure 15(a), and D.C. Circuit Rule 15, Electric Generators for Sensible CCR Regulation hereby petitions this Court for review of the final rule entitled "Hazardous and Solid Waste Management System: Disposal of Coal Combustion Residuals From Electric Utilities; Legacy CCR Surface Impoundments," which was promulgated by Respondents United States Environmental Protection Agency and Michael S. Regan, Administrator of the United States Environmental Protection Agency, on May 8, 2024. 89 Fed. Reg. 38,950 (May 8, 2024).

1

Dated: August 6, 2024

/s/ *Michael E. Born*
Michael E. Born
Cheri A. Budzynski
Krystina E. Garabis
SHUMAKER, LOOP & KENDRICK, LLP
Huntington Center
41 South High Street
Columbus, OH 43215
(614) 628-4415
mborn@shumaker.com
cbudsynski@shumaker.com
kgarabis@shumanker.com

Respectfully submitted,

/s/ *Allison D. Wood*
Makram B. Jaber
Allison D. Wood
Aaron M. Flynn
MCGUIRE WOODS LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
(202) 857-1700
mjaber@mcguirewoods.com
awood@mcguirewoods.com
aflynn@mcguirewoods.com

*Counsel for Electric Generators for Sensible CCR Regulation*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELECTRIC GENERATORS FOR SENSIBLE CCR REGULATION, <br><br> *Petitioner*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, U.S. Environmental Protection Agency, <br><br> *Respondents*. | Case No.: 24-1276 |

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, the Electric Generators for Sensible CCR Regulation hereby states that it is an *ad hoc* coalition of electric generating companies that have joined together for the purpose of filing this petition for review. The members of the *ad hoc* coalition own facilities that are subject to the final rule at issue in this case. The members of the *ad hoc* coalition are AEP Generation Resources, Inc.; Buckeye Power, Inc.; Ohio Power Company; and the Ohio Valley Electric Corporation, and its wholly owned subsidiary the Indiana-Kentucky Electric Corporation.

1

Electric Generators for Sensible CCR Regulation has no parent corporation, and no publicly held corporation has a 10% or greater ownership in it.

Dated: August 6, 2024

Respectfully submitted,

/s/ *Michael E. Born*
Michael E. Born
Cheri A. Budzynski
Krystina E. Garabis
SHUMAKER, LOOP & KENDRICK, LLP
Huntington Center
41 South High Street
Columbus, OH 43215
(614) 628-4415
mborn@shumaker.com
cbudsynski@shumaker.com
kgarabis@shumanker.com

/s/ *Allison D. Wood*
Makram B. Jaber
Allison D. Wood
Aaron M. Flynn
MCGUIRE WOODS LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
(202) 857-1700
mjaber@mcguirewoods.com
awood@mcguirewoods.com
aflynn@mcguirewoods.com

*Counsel for Electric Generators for Sensible CCR Regulation*

# CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing Petition for Review and Rule 26.1 Statement to be served by U.S. Mail, postage prepaid, addressed to the following:

Hon. Michael S. Regan
Office of the Administrator (1101A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Hon. Merrick Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Correspondence Control Unit
Office of General Counsel (2310A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Hon. Todd Kim
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Dated: August 6, 2024

    /s/ *Allison D. Wood*
    Allison D. Wood
    *Counsel for Electric Generators for Sensible CCR Regulation*